FIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAN 04 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | 3:23 CR 1 |
| | ) | JUDGE JAMES G. CARR |
| v. | ) | CASE NO. _____ |
| | ) | Title 18, United States Code, |
| JADEN ADAMS, | ) | Sections 922(g)(3), 924(a)(8), |
| | ) | 924(c), Title 21, United States |
| Defendant. | ) | Code, Section 841(a)(1) and |
| | ) | (b)(1)(C) |

COUNT 1
(Possession of a Firearm by and Addict or Unlawful User of a Controlled Substance, 18 U.S.C. §§ 922(g)(3) and 924(a)(8))

The Grand Jury charges:

1. On or about December 13, 2022, in the Northern District of Ohio, Western Division, Defendant JADEN ADAMS, knowing he was an addict or unlawful user of a controlled substance, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Sig Saur, Model P220, .45 Caliber Pistol, bearing serial number G318076, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

COUNT 2
(Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2. On or about December 13, 2022, in the Northern District of Ohio, Western Division, Defendant JADEN ADAMS did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of Fentanyl, a Schedule II

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

3. On or about December 13, 2022, in the Northern District of Ohio, Western Division, Defendant JADEN ADAMS did knowingly possess a firearm, to wit: a Sig Saur, Model P220, .45 Caliber Pistol, bearing serial number G318076, in furtherance of a drug trafficking crime for which he can be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute a Controlled Substance, as charged in Count 2 of the Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE

The Grand Jury further charges:

4. The allegations contained in Counts 1 through 3 are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853 (drug offenses); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) (firearms offenses). As a result of these offenses, Defendant JADEN ADAMS, shall forfeit to the United States: any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of the drug offenses charged herein; any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of

the drug offenses charged herein; and any and all firearms and ammunition involved in or used in the commission of the firearms offenses; including, but not limited to, the following: a Sig Saur, Model P220, .45 Caliber Pistol, bearing serial number G318076.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.